# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2024-2862

———————————————

MATTHEW A. TOBIN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Okaloosa County.
Michael Flowers, Judge.

June 25, 2025

PER CURIAM.

Appellant seeks to appeal the judgment and sentence in case number 2012-CF-2798, rendered by the Okaloosa County Circuit Court on June 25, 2012. The Court dismisses this appeal as untimely. *See* Fla. R. App. P. 9.140(b)(3).

OSTERHAUS, C.J., and WINOKUR and LONG, JJ., CONCUR.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Matthew A. Tobin, pro se, Appellant.

No appearance for Appellee.